# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Sharonette & Nicholas Wiggins | ) | Bankruptcy No. 20 B 06776 |
|  | ) | Chapter 13 |
|  | ) | |
| Debtors | ) | Judge LaShonda A. Hunt |
|  | ) | |
|  | ) | |

TO:   See attached list

**PLEASE TAKE NOTICE** that on December 11, 2020, at 10:15 a.m., I will appear telephonically before the Honorable LaShonda A. Hunt, or any judge sitting her place, and present the attached **Motion to Modify Confirmed Plan**, a copy of which is hereby served upon you.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list, by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 16th day of November, 2020.

              /s/ David P. Lloyd             
                       David P. Lloyd

# Mailing Information for Case 20-06776

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Cari A Kauffman**   ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com

- **David P Lloyd**   courtdocs@davidlloydlaw.com

- **Gerald Mylander**   mcguckin_m@lisle13.com

- **Dana N O'Brien**   dana.obrien@mccalla.com, NDistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

- **Glenn B Stearns**   stearns_g@lisle13.com

- **Toni Townsend**   toni.townsend@mccalla.com, northerndistrict@mccalla.com,mccallaecf@ecf.courtdrive.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-06776<br>Northern District of Illinois<br>Eastern Division<br>Tue Nov 17 10:47:10 CST 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACL Laboratories<br>P.O. Box 27901<br>Milwaukee, WI 53227-0901 | Ameren Illinois<br>c/o Online Information Services<br>PO Box 1489<br>Winterville, NC 28590-1489 |
| AmeriCash Loans, LLC<br>c/o Midal Law Group LLP<br>Chicago, IL 60664 | Armor Systems Corporation<br>1700 Kiefer Drive<br>Suite 1<br>Zion, IL 60099-5105 | Ashley Stewart<br>PO Box 659705<br>San Antonio, TX 78265-9705 |
| Associated General Surgeons<br>1879 N. Neltnor Blvd., #224<br>West Chicago, IL 60185-5932 | Associated General Surgeons, SC<br>1879 N. Neltnor Blvd., #224<br>West Chicago, IL 60185-5932 | Bankcard Services<br>PO Box 4477<br>Manhattan, IL 60442-2060 |
| Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Best Source Credit Uni<br>1054 W. Huron St.<br>Waterford, MI 48328-3730 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance,<br>a division of Capital One NA<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 | Comenity - Carson's<br>PO Box 659813<br>San Antonio, TX 78265-9113 |
| Comenity - HSN<br>PO Box 659707<br>San Antonio, TX 78265-9707 | Comenity - Lane Bryan<br>PO Box 659278<br>San Antonio, TX 78265-9728 | Comenity - New York & Co.<br>PO Box 659728<br>San Antonio, TX 78265-9728 |
| Comenity - Pier 1 Imports<br>PO Box 659617<br>San Antonio, TX 78265-9617 | Comenity Bank/Ashley Stewart<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Pier 1<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Torrid<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |

| | | |
|---|---|---|
| Comenity Capital Bank/HSN<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitybank/New York<br>Attn: Bankruptcy<br>Po Box 18215<br>Columbus, OH 43218 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | David Woodward, M.D., FACS<br>Associated General Surgeons, SC<br>25 N. Winfield Rd., Ste. 520<br>Winfield, IL 60190-1379 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Diamond Resorts<br>Liki Tiki Village II<br>17777 Bali Blvd.<br>Winter Garden, FL 34787-9400 | Diamond Resorts International<br>Isle of Bali II Condominum Assoc.<br>10600 W Charleston Blvd.<br>Las Vegas, NV 89135-1014 |
| Ditech Financial<br>c/o Laura Harroun<br>1 N. Dearborn, Ste. 1200<br>Chicago, IL 60602-4337 | Ditech Financial LLC<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Ditech Financial LLC<br>PO Box 7153<br>Pasadena, CA 91109-7153 |
| Downers Grove Fire<br>c/o Northwest Collectors Inc.<br>3601 Algonquin Rd., Suite 232<br>Rolling Meadows, IL 60008-3106 | Dress Barn - Capital One NA<br>c/o Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541-0914 | Drs. Perlaman, Klenetsky & Simcox<br>1126 Westgate St.<br>Surgery LTD<br>Oak Park, IL 60301-1008 |
| DuPage Medical Group<br>15921 Colections Center Drive<br>Chicago, IL 60693-0159 | DuPage Medical Group<br>15921 Collections Center Dr.<br>Chicago, IL 60693-0159 | DuPage Medical Group<br>c/o Merchants Credit Guide<br>Chicago, IL 60606 |
| Dupage Medical Group<br>c/o Merchant's Credit Guide<br>223 W. Jackson Blvd., #700<br>Chicago, IL 60606-6914 | Dupage Medical Group<br>c/o Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago, IL 60606-6908 | Dupage Medical Group c/o<br>Merchants Credit Guide Co.<br>223 W. Jackson Blvd., Suite 900<br>Chicago, IL 60606-6912 |
| Edward Hospital<br>PO Box 4207<br>Carol Stream, IL 60197-4207 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Future Pay Inc.<br>PO Box 17634<br>Salt Lake City, UT 84117-0634 |
| GI Partners of Illinois<br>2720 S. River Rd., Ste. 130<br>Des Plaines, IL 60018-4110 | Genesis Bankcard Services<br>Attn: Bankruptcy Department<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Hunter Warfield<br>4620 Woodland Corp. Blvd.<br>Tampa, FL 33614-2415 |
| IICRDPNR-Integrrated Imaging<br>Consultants PLLC<br>PO Box 95040<br>Chicago, IL 60694-5040 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois Dept. of Revenue<br>Linebarger Googan Blair & Sampson<br>PO Box 06140<br>Chicago, IL 60606-0140 |

Illinois Dept. of Revenue
c/o GC Services Limited Partnership
PO Box 79
Elgin, IL 60121-0079

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Kansas City, MO 64999-0202

Jeffrey H. Hemrbough, DDS., MS
120 Oakbrook Center, Ste. 714
Oak Brook, IL 60523-1831

LTD Financial Srvc
Attn: Bankruptcy
3200 Wilcrest Dr, Ste 600
Houston, TX 77042-6000

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Offices of Colleen McLaughlin
1751 S. Naperville Rd.
Wheaton, IL 60189-5896

Linebarger Goggan Blair & Sampson,
PO box 06140
Chicago, IL 60606-0140

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Massey's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Masseys
PO Box 2822
Monroe, WI 53566-8022

Merchants? Credit Guide Co.
223 West Jackson Boulevard
Suite 700
Chicago, IL 60606-6914

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

Mid America-Milestone Mastercard
c/o LTD Financial Services
3200 Wilcrest, Suite 600
Houston, TX 77042-6000

Midwest Diagnostic Pathology
PO Box 578
Park Ridge, IL 60068-0578

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773-9640

New Residential Mortgage, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1 N. Dearborn Suite 1200
Chicago, IL 60602-4337

NewRez LLC d/b/a Shellpoint Mortgage Servici
Bankruptcy Department
PO Box 10826
Greenville, SC 29603-0826

Northwestern Medicine
PO Box 4090
Carol Stream, IL 60197-4090

Northwestern Medicine
PO Box 5090
Carol Stream, IL 60197-5090

Northwestern Medicine
c/o ITx Healthcare LLC
PO Box 1280
Oaks, PA 19456-1280

Northwestern Medicine
c/o Nationwide Credit & Collection
PO Box 3219
Hinsdale, IL 60522-3219

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Radiology Subspecialist Northern IL
PO Box 74008693
Chicago, IL 60674-8693

Rise
Attn: Bankruptcy
Po Box 101808
Fort Worth, TX 76185-1808

Rise Credit of Illinois, LLC
dba Rise Credit
4150 Internation Plaza, Ste. 300
Fort Worth, TX 76109-4819

| | | |
|---|---|---|
| Safe Auto Insurance Company<br>4 Easton Oval<br>Columbus, OH 43219-6010 | Santander Consumer USA<br>PO Box 105255<br>Atlanta, GA 30348-5255 | Santander Consumer USA Inc.<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Sprint<br>c/o Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Superior Air Ground AMB Serv<br>PO Box 1407<br>Elmhurst, IL 60126-8407 | Surgery Group SC<br>1665 S. Street<br>Geneva, IL 60134-2571 |
| Surgery Group SC<br>c/o Armor Systems Corporation<br>Zion, IL 60099-5105 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Timothy Tumlin PHD<br>9265 Waterfall Glen Blvd.<br>Darien, IL 60561-5282 | Todaycardccb<br>Po Box 84032<br>Columbus, GA 31908-4032 | Webbank/Gettington<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 |
| West Central ANS GRP<br>8386 Solutions Center<br>Chicago, IL 60677-8003 | Yvonne Valentino<br>c/o Jamie Barker<br>14496 S. John Humphrey Dr.<br>Orland Park, IL 60462-2638 | David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525-6864 |
| Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Nicholas C. Wiggins<br>362 King Arthur Court<br>Bolingbrook, IL 60440-2206 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Sharonette M. Wiggins<br>362 King Arthur Court<br>Bolingbrook, IL 60440-2206 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recovery, Inc.<br>1550 Old Henderson Rd., Ste. S100<br>Columbus, OH 43220-3662 | Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Illinois Deparment of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| (d)Illinois Department of Revenue<br>P.O. Box 19035<br>Bankruptcy Unit<br>Springfield, IL 62794-9035 | (d)Internal Revenue Service<br>PO Box 931200<br>Louisville, KY 40293 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 |

(d)Portfolio Recovery Associates, LLC
c/o Dressbarn
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Walmart Credit Card
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NEW RESIDENTIAL MORTGAGE, LLC

(u)NewRez LLC d/b/a Shellpoint Mortgage Servi

(u)Santander Consumer USA Inc.

(d)DuPage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0001

(d)Dupage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0159

(u)Milestone Credit Card
c/o Unisin, Inc.

End of Label Matrix
Mailable recipients    108
Bypassed recipients      6
Total                  114

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Sharonette & Nicholas Wiggins | ) | Bankruptcy No. 20 B 06776 |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge LaShonda A. Hunt |
| | ) | |
| | ) | |

**MOTION TO MODIFY CONFIRMED PLAN**

NOW COME the Debtors, Sharonette and Nicholas Wiggins, by and through their attorney, David P. Lloyd, and move this honorable Court to modify the confirmed plan herein, and in support thereof states as follows:

1. The Debtors commenced this case by filing a voluntary Chapter 13 petition on March 10, 2020.

2. The Debtors filed a Modified Plan on July 15, 2020, providing for payments of $1,100/month for 5 months, and $2,230/month for 55 months, to the Trustee, with secured claims to be paid at 100%, and unsecured creditors to be paid 10%. The Plan was confirmed on July 17, 2020.

3. In the summer of 2020, Debtor Nicholas Wiggins was laid off from his job of 24 years with Wisconsin Central Railroad. He obtained new employment as a driver with United Parcel Service, starting August 3, 2020.

4. Mr. Wiggins's gross pay was reduced from $8,099.40/month to $6,786.91/month. With a reduction of withdrawals for various benefit payments, the Debtors' combined monthly take-home income has been reduced by about $295/month, from $7,632.93/month to $7,337.42/month.

5. The Debtors' expenses have not changed materially, and remain at $5,395/month. The Debtors' disposable monthly income has declined from $2,237.93/month to 1,942.42/month.

6. The Debtors propose to modify the confirmed plan to provide for five payments of $1,100/month; three payments of $2,230/month; and 52 payments of $1,940/month.

7. The plan as modified complies with all provisions of Chapter 13.

WHEREFORE Sharonette and Nicholas Wiggins, the Debtors, pray that the confirmed Plan be modified to provide for five payments of $1,100/month; three payments of $2,230/month; and 52 payments of $1,940/month.

> Respectfully submitted,
> Sharonett and Nicholas Wiggins
>
> By:___/s/ David P. Lloyd_____
> Their attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265